[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-10196

_____

D. C. Docket No. 05-00170-CV-3-RV-MD

FEDERAL TRADE COMMISSION,

                                        Plaintiff-Appellee,

versus

GREAT AMERICAN PRODUCTS, INC.,
PHYSICIAN'S CHOICE, INC.,
STEPHEN KARIAN,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(October 13, 2006)**

Before BLACK and HULL, Circuit Judges, and RYSKAMP,[*] District Judge.

PER CURIAM:

_____

[*]Honorable Kenneth L. Ryskamp, United States District Judge for the Southern District of Florida, sitting by designation.

We affirm for the reasons stated in the district court opinion dated November 22, 2005.

**AFFIRMED.**